**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ESTUARDO VELASQUEZ-PASOS, a.k.a. Armando Diaz Pazos; CARLA LOPEZ-GARCIA, a.k.a. Suni Salguero, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 10-73066 <br><br> Agency Nos.     A099-836-124 <br>                A099-475-043 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 10, 2014[**]

Before:     PREGERSON, LEAVY, and MURGUIA, Circuit Judges.

Estuardo Velasquez-Pasos and Carla Lopez-Garcia, natives and citizens of

Guatemala, petition for review of the Board of Immigration Appeals' ("BIA")

order denying their motion to reconsider. We have jurisdiction under 8 U.S.C.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1252.  We review for abuse of discretion the denial of a motion to reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005), and de novo questions of law, *Cordoba v. Holder*, 726 F.3d 1106, 1113 (9th Cir. 2013).  We grant the petition for review and remand.

In denying petitioners' motion to reconsider, the BIA determined that "landowners in Guatemala" is not cognizable as a  particular social group.  In light of our decision in *Cordoba*, 726 F.3d 1106, 1114 (recognizing landownership may form the basis of a particular social group), we remand for further proceedings consistent with this disposition.  *See INS v. Ventura*, 537 U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**